```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/1/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAYANTHA RUPASINGHA ARACHCHILAGE,

Plaintiff,

-against-

ATTORNEY GENERAL MERRICK GARLAND, *Attorney General of the United States*, SECRETARY ANTONY J. BLINKEN, *Secretary, Department of Homeland Security*, DISTRICT DIRECTOR THOMAS CIOPPA, *District Director, U.S. Citizenship and Immigration Services, New York District Office*,

Defendants.

---

1:21-cv-2487-MKV

ORDER OF DISMISSAL

**MARY KAY VYSKOCIL, United States District Judge:**

The Court is in receipt of a letter filed by Defendant informing the Court that the parties have stipulated to the dismissal of this action [ECF No. 10]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**SO ORDERED.**

Date: October 1, 2021
New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**